LIPSON NEILSON P.C.
JANEEN V. ISAACSON, ESQ.
Nevada Bar No. 6429
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
Phone: (702) 382-1500
Fax: (702) 382-1512
jisaacson@lipsonneilson.com

*Attorneys for Defendants Paul Padda Law PLLC
and Darshpaul S. Paddah, Esq.*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA, SOUTHERN DIVISION**

| | |
|---|---|
| SKY LAW GROUP, a California Professional Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PAUL PADDA LAW, PLLC, a Nevada Professional Limited Liability Company; and DARSHPAUL S. PADDA, ESQ. an individual,<br><br>Defendants. | Case No: 2:23-cv-01793-CDS-VCF<br><br>**JOINT STIPULATED MOTION AND ORDER FOR EXTENSION OF DEADLINE TO FILE RESPONSIVE PLEADING [FIRST REQUEST]** |

**<u>JOINT STIPULATED MOTION AND ORDER FOR EXTENSION OF DEADLINE TO FILE RESPONSIVE PLEADING [FIRST REQUEST]</u>**

Pursuant to FRCP 6(b)(1)(A) and Local Rule IA 6-1, the Parties hereby jointly stipulate and move the Court for an extension of time for Defendants herein, PAUL PADDA LAW, PLLC and DARSHPAUL S. PADDA ("Defendants"), to file their responsive pleading to Plaintiff's Complaint filed November 2, 2023 (ECF No. 1), through and including January 3, 2024. This is the Parties' first joint request for an extension and is made in good faith for the reasons set forth below.

Good cause exists for the joint request of the Parties as (1) it is submitted prior to the current due date of December 12, 2023, in accordance with FRCP 6(b)(1)(A), and (2) Defendants were served with the Complaint on November 21, 2023 (ECF Nos. 5, 6), and then

promptly retained counsel in this litigation, the law office of LIPSON NEILSON, P.C., on November 30, 2023.  Given defense counsel's prior commitments and the upcoming holiday season, this request for additional time to file a responsive pleading is justified and reasonable.

The Parties have all stipulated to this extension.

| Dated this 4th day of December, 2023. | Dated this 4th day of December, 2023. |
|---|---|
| LIPSON NEILSON P.C. | BAILEY KENNEDY |
| */s/ Janeen V. Isaacson* <br> JANEEN V. ISAACSON, ESQ. #6429 <br> 9900 Covington Cross Drive, Suite 120 <br> Las Vegas, Nevada 89144 <br><br> *Attorneys for Defendants* | */s/ Joshua P. Gilmore* <br> DENNIS L. KENNEDY, ESQ.#1462 <br> JOSHUA P. GILMORE, ESQ. #11576 <br> 8984 Spanish Ridge Avenue <br> Las Vegas, Nevada 89148 <br><br> *Attorneys for Plaintiff* |

## **ORDER**

GOOD CAUSE APPEARING, the parties' *Joint Stipulated Motion And Order For Extension Of Deadline To File Responsive Pleading* is GRANTED.  Defendants shall have through and including January 3, 2024 to file their responsive pleading.

IT IS SO ORDERED.

_____

U.S. MAGISTRATE JUDGE