|   |   |
|---|---|
| 1 | LIPSON NEILSON P.C. |
| 2 | JANEEN V. ISAACSON, ESQ.<br>Nevada Bar No. 6429 |
| 3 | 9900 Covington Cross Drive, Suite 120<br>Las Vegas, Nevada 89144 |
| 4 | Phone: (702) 382-1500<br>Fax: (702) 382-1512 |
| 5 | jisaacson@lipsonneilson.com |
| 6 | *Attorneys for Defendants Paul Padda Law PLLC<br>and Darshpaul S. Padda, Esq.* |

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| SKY LAW GROUP, a California Professional Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PAUL PADDA LAW, PLLC, a Nevada Professional Limited Liability Company; and DARSHPAUL S. PADDA, ESQ. an individual,<br><br>Defendants. | Case No: 2:23-cv-01793-CDS-VCF<br><br>**JOINT STIPULATED MOTION AND [DRAFT] ORDER FOR EXTENSION OF DEADLINE TO FILE RESPONSIVE PLEADING [SECOND REQUEST]** |

**JOINT STIPULATED MOTION AND [DRAFT] ORDER FOR EXTENSION OF DEADLINE TO FILE RESPONSIVE PLEADING [FIRST REQUEST]**

Pursuant to FRCP 6(b)(1)(A) and Local Rule IA 6-1, the Parties hereby jointly stipulate and move the Court for an extension of time for Defendants herein, PAUL PADDA LAW, PLLC and DARSHPAUL S. PADDA ("Defendants"), to file their responsive pleading to Plaintiff's Complaint filed November 2, 2023 (ECF No. 1), through and including January 10, 2024.  This is the Parties' second joint request for an extension and is made in good faith for the reasons set forth below.

Good cause exists for the joint request of the Parties as (1) it is submitted prior to the current due date of January 3, 2023, in accordance with FRCP 6(b)(1)(A), and (2) Defendants were served with the Complaint on November 21, 2023 (ECF Nos. 5, 6), and then promptly

retained counsel in this litigation, the law office of LIPSON NEILSON, P.C., on November 30, 2023.  The additional one-week was requested by defense counsel to accommodate a series of hearings that were reset for the first week in January after the first stipulation was entered.  The parties agree this request for additional time to file a responsive pleading is justified and reasonable.

The Parties have all stipulated to this extension.

| Dated this 29th day of December, 2023. | Dated this 29th day of December, 2023. |
|---|---|
| LIPSON NEILSON P.C. | BAILEY KENNEDY |
| /s/ Janeen V. Isaacson<br>JANEEN V. ISAACSON, ESQ. #6429<br>9900 Covington Cross Drive, Suite 120<br>Las Vegas, Nevada 89144<br><br>*Attorneys for Defendants* | /s/ Joshua P. Gilmore<br>DENNIS L. KENNEDY, ESQ.#1462<br>JOSHUA P. GILMORE, ESQ. #11576<br>8984 Spanish Ridge Avenue<br>Las Vegas, Nevada 89148<br><br>*Attorneys for Plaintiff* |

**ORDER**

GOOD CAUSE APPEARING, the parties' *Joint Stipulated Motion And Order For Extension Of Deadline To File Responsive Pleading* is GRANTED.  Defendants shall have through and including January 10, 2024 to file their responsive pleading.

IT IS SO ORDERED.

Dated this 2nd day of January 2024.

_____
U.S. MAGISTRATE JUDGE