```
1   DENNIS L. KENNEDY
    Nevada Bar No. 1462
2   JOSHUA P. GILMORE
    Nevada Bar No. 11576
3   BAILEY❖KENNEDY
    8984 Spanish Ridge Avenue
4   Las Vegas, Nevada 89148-1302
    Telephone: 702.562.8820
5   Facsimile:  702.562.8821
    DKennedy@BaileyKennedy.com
6   JGilmore@BaileyKennedy.com

7   Attorneys for Plaintiff
    Sky Law Group
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SKY LAW GROUP, a California Professional Corporation,<br><br>　　　　　Plaintiff<br><br>vs.<br><br>PAUL PADDA LAW, PLLC, a Nevada Professional Limited Liability Company; and DARSHPAUL S. PADDA, ESQ., an individual,<br><br>　　　　　Defendants | Case No.  2:23-cv-01793-CDS-MDC<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE RESPONSE TO MOTION TO DISMISS**<br><br>(First Request) |

　　　　Plaintiff Sky Law Group ("Sky Law") and Defendants Paul Padda Law, PLLC and Darshpaul S. Padda, Esq. (together, the "Padda Parties"), by and through their respective counsel, stipulate and agree as follows:

　　　　1.　　On November 2, 2023, Sky Law filed its Complaint for Damages [ECF No. 1];

　　　　2.　　On January 10, 2024, the Padda Parties filed their Motion to Dismiss Counts One and Four of Sky Law Group's Complaint for Damages [ECF No. 12] (the "Motion to Dismiss");

　　　　3.　　Presently, Sky Law has until January 24, 2024 to respond to the Motion to Dismiss;

　　　　4.　　In order to accommodate scheduling conflicts for Sky Law's counsel, and to permit Sky Law to adequately address the issues raised in the Motion to Dismiss, Sky Law shall have until February 2, 2024 to file its Response to the Motion to Dismiss; and

5. This is the first request to extend the deadline for the Response to the Motion to Dismiss. This stipulation does not affect any other deadlines in this matter, and is made in good faith and not to delay the proceedings.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED this 23rd day of January, 2024.                    DATED this 23rd day of January, 2024.

BAILEY❖KENNEDY                                           LIPSON NEILSON PC

By: /s/ Joshua P. Gilmore                                By: /s/ Janeen V. Isaacson
    DENNIS L. KENNEDY                                       JANEEN V. ISAACSON
    JOSHUA P. GILMORE

*Attorneys for Plaintiff*                                *Attorneys for Defendants*
SKY LAW GROUP                                            PAUL PADDA LAW, PLLC and
                                                          DARSHPAUL S. PADDA, ESQ.

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: January 23, 2024