LIPSON NEILSON P.C.
JANEEN V. ISAACSON, ESQ.
Nevada Bar No. 6429
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
Phone: (702) 382-1500
Fax: (702) 382-1512
jisaacson@lipsonneilson.com

*Attorneys for Defendants Paul Padda Law PLLC
And Darshpaul S. Paddah, Esq.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| SKY LAW GROUP, a California Professional Corporation,<br><br>Plaintiff<br><br>vs.<br><br>PAUL PADDA LAW, PLLC, a Nevada Professional Limited Liability Company; and DARSHPAUL S. PADDA, ESQ. an individual,<br><br>Defendants | Case No: 2:23-cv-01793-CDS-MDC<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS [FIRST REQUEST]** |

Defendants PAUL PADDA LAW, PLLC and DARSHPAUL S. PADDA, ESQ. ("Defendants"), and Plaintiff SKY LAW GROUP ("Plaintiff"), by and through their respective counsel, stipulate and agree as follows:

1. On November 2, 2023, Plaintiff filed its Complaint for Damages [ECF No. 1];

2. On January 10, 2024, Defendants filed their Motion to Dismiss Counts One and Four of Plaintiff's Complaint for Damages [ECF No. 12] ("Motion to Dismiss");

3. On February 2, 2024, Plaintiff filed its Response to Defendants' Motion to Dismiss [ECF No. 21];

4. Presently, Defendants have until February 9, 2024, to files their Reply in Support of Motion to Dismiss.

5. In order to accommodate scheduling issues for Defendants' counsel, and to permit Defendants to adequately address the issues raised in Plaintiff's Response to Defendants' Motion to Dismiss, Defendants shall have until February 16, 2024, to file a Reply in Support of their Motion to Dismiss.

This is the first request to extend the deadline for the Reply in Support of the Motion to Dismiss. This stipulation does not affect any other deadlines in this matter, and is made in good faith and not to delay the proceedings.

IT IS SO STIPULATED.

| Dated this 6th day of February, 2024. | Dated this 6th day of February, 2024. |
|---|---|
| LIPSON NEILSON P.C. | BAILEY KENENDY |
| /s/ Janeen V. Isaacson | /s/ Joshua P. Gilmore |
| JANEEN V. ISAACSON, ESQ. #6429<br>9900 Covington Cross Drive, Suite 120<br>Las Vegas, Nevada 89144 | DENNIS L. KENNEDY, ESQ.#1462<br>JOSHUA P. GILMORE, ESQ. #11576<br>8984 Spanish Ridge Avenue<br>Las Vegas, Nevada 89148 |
| *Attorneys for Defendants* | *Attorneys for Plaintiff* |

**ORDER**

IT IS SO ORDERED.

_____
United States District Judge

Dated: February 6, 2024

Page 2 of 2