Case 2:23-cv-01793-CDS-MDC   Document 29   Filed 03/25/24   Page 1 of 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

SKY LAW GROUP

Plaintiff(s),

vs.

PAUL PADDA LAW, PLLC

Defendant(s).

Case No: 2:23-cv-1793-CDS-MDC

## SUBSTITUTION OF ATTORNEY

PAUL PADDA LAW, PLLC ~~(Plaintiff)~~ (Defendant) hereby substitutes
(Name of Party)

Robert J. Korn
(New Attorney)

(Address): 4560 South Decatur Blvd., Suite 300

(Telephone): (702) 366-1888 , as attorney of record in place and

stead of: Janeen V. Isaacson, Esq.
(Present Attorney)

DATED: 2/26/2024                    Paul S. Padda for Paul Padda Law, PLLC
                                    (Signature of Party)

I consent to the above substitution.

DATED: 2/27/2024                    _____
                                    (Signature of Present Attorney)

. . .

. . .

. . .

1

6/95

1 | I am duly admitted to practice in this District.
2 | Above substitution accepted.
3 | DATED: _____3/1/24_____

_____
(Signature of New Attorney)

Please check one: __✓__ RETAINED, or _____ APPOINTED BY THE COURT

APPROVED:

DATED: ___3-25-24___

_____
UNITED STATES DISTRICT JUDGE