# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

SKY LAW GROUP

       Plaintiff(s),

vs.

DARSHPAUL S. PADDA

       Defendant(s).

Case No: 2:23-cv-1793-CDS-MDC

## SUBSTITUTION OF ATTORNEY

Darshpaul Singh Padda (Name of Party) (Plaintiff) (Defendant) hereby substitutes Robert J. Kern, Esq. (New Attorney)

(Address): 4560 South Decatur Blvd., Suite 300

(Telephone): (702) 366-1888, as attorney of record in place and stead of: Janeen V. Isaacson, Esq. (Present Attorney)

DATED: 2/26/2024     _[signature]_ (Signature of Party)

I consent to the above substitution.

DATED: 2/27/2024     _[signature]_ (Signature of Present Attorney)

. . .

. . .

. . .

1

6/95

1 | I am duly admitted to practice in this District.
2 | Above substitution accepted.
3 | DATED: _3/1/24_

_____
(Signature of New Attorney)

5 | Please check one: ✓ RETAINED, or ___ APPOINTED BY THE COURT

APPROVED:

DATED: _3-25-24_

_____
UNITED STATES DISTRICT JUDGE