DENNIS L. KENNEDY
Nevada Bar No. 1462
JOSHUA P. GILMORE
Nevada Bar No. 11576
TAYLER D. BINGHAM
Nevada Bar No. 15870
**BAILEY❖KENNEDY**
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
Telephone:  702.562.8820
Facsimile:  702.562.8821
DKennedy@BaileyKennedy.com
JGilmore@BaileyKennedy.com
TBingham@BaileyKennedy.com

*Attorneys for Plaintiff/Counterdefendant*
Sky Law Group

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| SKY LAW GROUP, a California Professional Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PAUL PADDA LAW, PLLC, a Nevada Professional Limited Liability Company; and DARSHPAUL S. PADDA, ESQ., an individual,<br><br>Defendants.<br>_____<br><br>AND RELATED CLAIMS. | Case No.  2:23-cv-01793-CDS-MDC<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE FOR PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO EXTEND THE DISCOVERY PERIOD (FIRST REQUEST)**<br><br>**(FIRST REQUEST)** |

Plaintiff Sky Law Group ("Sky Law") and Defendants Paul Padda Law, PLLC ("Padda Law") and Darshpaul S. Padda, Esq. ("Mr. Padda" and together, the "Padda Defendants"), by and through their respective counsel, stipulate and agree as follows:

1. On September 12, 2024, Defendants filed their Motion to Extend the Discovery Period (First Request) [ECF No. 56] (the "Motion");

2. On September 17, 2024, the Padda Defendants filed a Substitution of Attorney [ECF No. 58] (the "Substitution"), naming the law firm Holley Driggs as their counsel of record;

Page **1** of **2**

3. On September 18, 2024, Sky Law's counsel spoke with the Padda Defendants' counsel regarding the Motion. Since then, the parties have agreed to informally resolve the Motion and are taking steps to memorialize their agreement through a Stipulation and Order to be submitted to the Court that proposes adjustments to certain deadlines in the Court's January 31, 2024 Stipulated Discovery Plan and Scheduling Order [ECF No. 19] (the "Scheduling Order");

4. In the interim, the deadline for Sky Law to file its Response to the Motion shall be extended by 7 days, i.e., until October 3, 2024;

5. This is the first request by the parties to extend deadline for the Response to the Motion; and

6. This Stipulation is submitted in good faith and not for purposes of delay.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED this 26th day of September, 2024.

BAILEY❖KENNEDY

By: */s/ Joshua P. Gilmore*
　　DENNIS L. KENNEDY
　　JOSHUA P. GILMORE
　　TAYLER D. BINGHAM

*Attorneys for Plaintiff/Counterdefendant*
SKY LAW GROUP

DATED this 26th day of September, 202.

HOLLEY DRIGGS

By: */s/ Anthony A. Torroll*
　　OLIVER J. PANCHERI
　　ANTHONY A. TORROLL

*Attorneys for Defendants and Counterclaimant*
PAUL PADDA LAW, PLLC and
DARSHPAUL S. PADDA, ESQ.

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 09-30-24