OLIVER J. PANCHERI, ESQ.
Nevada Bar No. 7476
ANTHONY A. TORROLL, ESQ.
Nevada Bar No. 16640
**HOLLEY DRIGGS**
300 S. 4th Street, Suite 1600
Las Vegas, Nevada 89101
Tel.: (702) 791-0308 / Fax: (702) 791-1912
Email: opancheri@nevadafirm.com
          atorroll@nevadafirm.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SKY LAW GROUP, a California Professional Corporation, | Case No.: 2:23-cv-01793-CDS-MDC |
| Plaintiff | **STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S MOTION TO DISMISS COUNTERCLAIM (ECF NO. 57)** |
| vs. | |
| PAUL PADDA LAW, PLLC, a Nevada Professional Limited Liability Company; and DARSHPAUL S. PADDA, ESQ., an individual, | **(FIRST REQUEST)** |
| Defendants | |
| PAUL PADDA LAW, PLLC, a Nevada Professional Limited Liability Company, | |
| Counterplaintiff | |
| vs. | |
| SKY LAW GROUP, a California Professional Corporation, | |
| Counterdefendant | |

Pursuant to Local Rule IA 6-1, Defendants Paul Padda Law, PLLC ("**PPL**") and Darshpaul S. Padda ("**Mr. Padda**"), by and through their counsel of record (collectively, "**Defendants**"), and Plaintiff SKY LAW GROUP ("**Sky Law**" or "**Plaintiff**"), by and through its counsel of record (collectively, the "**Parties**"), hereby stipulate and request that the Court extend Defendant PPL's deadline to respond to Plaintiff's Motion to Dismiss Padda Law's Counterclaim ("**Plaintiff's Motion to Dismiss**") (ECF No. 57) by five days, *i.e.*, to October 4, 2024. Plaintiff's Motion to Dismiss was filed on September 16, 2024, and PPL's current deadline to respond is September 30, 2024.

Good cause exists for the extension set forth herein. The five-day extension will allow PPL's counsel, who was very recently substituted in, to adequately familiarize themselves with the facts and circumstances underlying PPL's counterclaims prior to responding to Plaintiff's Motion to Dismiss. This is the first extension requested for Defendant PPL to respond to Plaintiff's Motion to Dismiss and is not made for the purpose of delay.

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED this 30th day of September, 2024.<br>**HOLLEY DRIGGS** | DATED this 30th day of September, 2024.<br>**BAILEY KENNEDY** |
| */s/ Anthony A. Torroll*<br>OLIVER J. PANCHERI, ESQ.<br>Nevada Bar No. 7476<br>ANTHONY A. TORROLL, ESQ.<br>Nevada Bar No. 16640<br>300 South Fourth Street, Suite 1600<br>Las Vegas, Nevada 89101<br>Tel.: (702) 791-0308 / Fax: (702) 791-1912<br>Email: opancheri@nevadafirm.com<br>       atorroll@nevadafirm.com<br><br>*Attorneys for Defendants* | */s/ Dennis L. Kennedy*<br>DENNIS L. KENNEDY, ESQ.<br>Nevada Bar No. 1462<br>JOSHUA P. GILMORE, ESQ.<br>Nevada Bar No. 11576<br>TAYLOR D. BINGHAM, ESQ.<br>8984 Spanish Ridge Avenue<br>Las Vegas, NV 89148<br>Tel.: (702) 562-8820 / Fax: (702) 562-8821<br>Email: dkennedy@baileykennedy.com<br>       jgilmore@baileykennedy.com<br>       tbingham@baileykennedy.com<br><br>*Attorneys for Plaintiff* |

IT IS SO ORDERED.

_____
Cristina D. Silva
United States District Judge

October 1, 2024