OLIVER J. PANCHERI, ESQ.
Nevada Bar No. 7476
ANTHONY A. TORROLL, ESQ.
Nevada Bar No. 16640
**SPENCER FANE LLP**
300 S. 4th Street, Suite 1600
Las Vegas, Nevada 89101
Tel.: (702) 408-3400 / Fax: (702) 408-3401
Email: opancheri@spencerfane.com
       atorroll@spencerfane.com

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SKY LAW GROUP, a California Professional Corporation,<br><br>Plaintiff<br><br>vs.<br><br>PAUL PADDA LAW, PLLC, a Nevada Professional Limited Liability Company; and DARSHPAUL S. PADDA, ESQ., an individual,<br><br>Defendants | Case No.: 2:23-cv-01793-CDS-MDC<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S MOTION TO DISMISS COUNTERCLAIM (ECF NO. 57)**<br><br>**(SECOND REQUEST)**<br><br>[ECF No. 68] |
| PAUL PADDA LAW, PLLC, a Nevada Professional Limited Liability Company,<br><br>Counterplaintiff<br><br>vs.<br><br>SKY LAW GROUP, a California Professional Corporation,<br><br>Counterdefendant | |

1  Pursuant to Local Rule IA 6-1, Defendants Paul Padda Law, PLLC ("**PPL**") and Darshpaul S. Padda ("**Mr. Padda**"), by and through their counsel of record (collectively, "**Defendants**"), and Plaintiff SKY LAW GROUP ("**Sky Law**" or "**Plaintiff**"), by and through its counsel of record (collectively, the "**Parties**"), hereby stipulate and request that the Court extend Defendant PPL's deadline to respond to Plaintiff's Motion to Dismiss Padda Law's Counterclaim ("**Plaintiff's Motion to Dismiss**") (ECF No. 57) by seven days, *i.e.*, to October 11, 2024. Plaintiff's Motion to Dismiss was filed on September 16, 2024. PPL's original deadline to respond was September 30, 2024. The Parties' first request sought to push the original deadline to October 4, 2024.

Good cause exists for the extension set forth herein. PPL's counsel, having recently been substituted in, are still in the process of getting up to speed with this litigation. Further, newly-retained counsel's law firm combined with another firm, Spencer Fane LLP, this week and are still engaged in the transition process. Finally, counsel sought to meet and confer with Plaintiff regarding Plaintiff's Motion to dismiss and related claims with hopes of possibly streamlining this litigation. However, Plaintiff's counsel is unavailable to meet and confer with PPL's counsel until Monday, October 7, 2024, due to the observance of a religious holiday. Accordingly, the Parties seek this extension to avoid the potentially unnecessary expenditure of resources pending discussion between their respective counsels. This is the second extension requested for Defendant PPL to respond to Plaintiff's Motion to Dismiss and is not made for the purpose of delay.

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED this 3rd day of October, 2024.<br>**SPENCER FANE LLP**<br><br>*/s/ Anthony A. Torroll*<br>OLIVER J. PANCHERI, ESQ. (NBN 7476)<br>ANTHONY A. TORROLL, ESQ. (NBN 16640)<br>300 South Fourth Street, Suite 1600<br>Las Vegas, Nevada 89101<br>Tel.: (702) 408-3400 / Fax: (702) 408-3401<br>Email: opancheri@spencerfane.com<br>      atorroll@spencerfane.com<br><br>*Attorneys for Defendants* | DATED this 3rd day of October, 2024.<br>**BAILEY KENNEDY**<br><br>*/s/ Dennis L. Kennedy*<br>DENNIS L. KENNEDY, ESQ. (NBN 1462)<br>JOSHUA P. GILMORE, ESQ. (NBN 11576)<br>TAYLER D. BINGHAM, ESQ. (NBN 15780)<br>8984 Spanish Ridge Avenue<br>Las Vegas, NV 89148<br>Tel.: (702) 562-8820 / Fax: (702) 562-8821<br>Email: dkennedy@baileykennedy.com<br>      jgilmore@baileykennedy.com<br>      tbingham@baileykennedy.com<br><br>*Attorneys for Plaintiff* |

**ORDER**

Based on the parties' stipulation, defendant Paul Padda Law's deadline to respond to plaintiff Sky Law Group's motion to dismiss Padda Law's counterclaim is extended to October 11, 2024.

Dated: October 4, 2024

_____
U.S. DISTRICT JUDGE