OLIVER J. PANCHERI, ESQ.
Nevada Bar No. 7476
ANTHONY A. TORROLL, ESQ.
Nevada Bar No. 16640
**SPENCER FANE LLP**
300 S. 4th Street, Suite 1600
Las Vegas, Nevada 89101
Tel.: (702) 408-3400 / Fax: (702) 408-3401
Email: opancheri@spencerfane.com
       atorroll@spencerfane.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SKY LAW GROUP, a California Professional Corporation,<br><br>Plaintiff<br><br>vs.<br><br>PAUL PADDA LAW, PLLC, a Nevada Professional Limited Liability Company; and DARSHPAUL S. PADDA, ESQ., an individual,<br><br>Defendants | Case No.: 2:23-cv-01793-CDS-MDC<br><br>**STIPULATION AND ORDER TO WITHDRAW SKY LAW'S MOTION TO DISMISS PADDA LAW'S COUNTERCLAIM (ECF NO. 57) AND TO DISMISS COUNTERDEFENDANT'S FIRST AND SECOND COUNTERCLAIMS WITH PREJUDICE**<br><br>[ECF No. 72] |
| PAUL PADDA LAW, PLLC, a Nevada Professional Limited Liability Company,<br><br>Counterplaintiff<br><br>vs.<br><br>SKY LAW GROUP, a California Professional Corporation,<br><br>Counterdefendant | |

Pursuant to LR 7-1, Darshpaul Padda, Esq., Paul Padda Law, PLLC ("**PPL**") and Sky Law Group ("*Sky Law*"), by and through their undersigned counsel of record, hereby stipulate and agree as follows:

On August 25, 2024, PPL filed its Answer to Plaintiff's Complaint and Counterplaintiff's Counterclaims (ECF No. 48), containing the following three counterclaims: (i) Fraudulent Inducement/Misrepresentation; (ii) Breach of the Implied Covenant of Good Faith and Fair Dealing; and (iii) Declaratory Relief (the "*Counterclaim*"). Thereafter, Sky Law filed its Motion to Dismiss Padda Law's Counterclaim on September 16, 2024 (ECF No. 57) (the "***Motion to Dismiss***").

PPL agrees to withdraw the first and second counterclaims for Fraudulent Inducement/Misrepresentation and Breach of the Implied Covenant of Good Faith and Fair Dealing with prejudice, and to proceed only with the third counterclaim for Declaratory Relief. Sky Law agrees to withdraw its Motion to Dismiss (ECF No. 57) in its entirety, and to file a responsive pleading to the Counterclaim (ECF No. 48), as amended by this Stipulation, by October 25, 2024.

Notwithstanding the foregoing, PPL reserves all rights, and waives none, relating to its third counterclaim for Declaratory Relief and to its affirmative defenses raised in response to Sky Law's Complaint, including, without limitation, PPL's Eleventh Affirmative Defense and Fifteenth Affirmative Defense, and affirmative defenses raised on grounds similar to those underlying the aforementioned counterclaims for Fraudulent Inducement/Misrepresentation and Breach of the Implied Covenant of Good Faith and Fair Dealing.

The Parties agree that each shall bear their own attorneys' fees and costs associated with the Motion to Dismiss (ECF No. 57) and/or the first and second counterclaims for Fraudulent Inducement/Misrepresentation and Breach of the Implied Covenant of Good Faith and Fair Dealing set forth in the Counterclaim (ECF No. 48) for the time being.

/ / /

/ / /

/ / /

LV 5244516.1

Each Party reserves the right to seek attorneys' fees and costs based on the ultimate disposition of this action.

**IT IS SO STIPULATED.**

DATED this 11th day of October, 2024.

**SPENCER FANE LLP**

/s/ Anthony A. Torroll
OLIVER J. PANCHERI, ESQ.
Nevada Bar No. 7476
ANTHONY A. TORROLL, ESQ.
Nevada Bar No. 16640
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Tel.: (702) 408-3400 / Fax: (702) 408-3401
Email: opancheri@spencerfane.com
atorroll@spencerfane.com

*Attorneys for Defendants*

DATED this 11th day of October, 2024.

**BAILEY KENNEDY**

/s/ Joshua P. Gilmore
DENNIS L. KENNEDY, ESQ.
Nevada Bar No. 1462
JOSHUA P. GILMORE, ESQ.
Nevada Bar No. 11576
TAYLER D. BINGHAM, ESQ.
Nevada Bar No. 15870
8984 Spanish Ridge Avenue
Las Vegas, NV 89148
Tel.: (702) 562-8820 / Fax: (702) 562-8821
Email: dkennedy@baileykennedy.com
jgilmore@baileykennedy.com
tbingham@baileykennedy.com

*Attorneys for Plaintiff*

## ORDER

Based on the parties' stipulation (ECF No. 72), Sky Law's motion to dismiss Padda Law's counterclaim **[ECF No. 57] is withdrawn**. Counterdefendant's first and second counterclaims for Fraudulent Inducement/Misrepresentation and Breach of the Implied Covenant of Good Faith and Fair Dealing are withdrawn with prejudice. A responsive pleading to the counterclaim (ECF No. 48), as amended by this stipulation, is due by October 25, 2024. All further stipulations and agreements set forth above are approved.

Dated: October 17, 2024

_____
Cristina D. Silva
U.S. DISTRICT JUDGE