**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Sky Law Group,<br><br>　　　　　　　Plaintiff(s),<br><br>vs.<br><br><br>Paul Padda Law, PLLC,<br><br>　　　　　　　Defendant(s). | 2:23-cv-01793-CDS-MDC<br><br>**ORDER SETTING HEARING** |

　　　IT IS ORDERED that Counsel must appear in-person, on the Court's stacked docket, at **10:00 a.m. on December 11, 2024 in Courtroom 3B** for a hearing on the *Stipulation Regarding Discovery Disputes* (ECF No. 75).

　　　Dated this 20th day of November 2024.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Hon. Maximiliano D. Couvillier III
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge