UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Sky Law Group,

   Plaintiff

v.

Paul Padda Law, PLCC, et al.,

   Defendants

Case No. 2:23-cv-01793-CDS-MDC

**Order Directing Parties to File Supplemental Briefing**

  Pending before the court is defendants Paul Padda Law, PLLC and Darshpaul S. Padda's (collectively, Padda Law) motion for judgment on the pleadings with respect to plaintiff Sky Law Group's conversion claim. Mot. for j. on the pleadings, ECF No. 52. However, on January 29, 2025, Padda Law filed a notice of appeal informing the court that it is appealing my order (ECF No. 81) overruling objections and adopting the report and recommendation of United States Magistrate Judge Maximiliano D. Couvillier that I deny Padda Law's motion to compel arbitration. Notice, ECF No. 91. Typically, the filing of an interlocutory appeal on arbitrability requires a district court to stay its proceedings until the appeal is resolved. *Coinbase, Inc. v. Bielski*, 599 U.S. 736, 740 (2023). This is because "the question on appeal is whether the case belongs in arbitration or instead in the district court"; thus, the entire case is essentially "involved in the appeal." *Id.* (quoting *Griggs v. Provident Consumer Discount Co.*, 459 U.S. 56, 58 (1982)).

  However, Padda Law's motion to compel arbitration does not argue that the entire case should be arbitrated, instead it seeks to compel arbitration "on whether Plaintiff's counsel can continue to represent Plaintiff Sky Law Group given their prior representation of Defendant's legal interests." Mot. to compel arb., ECF No. 33 at 1. Thus, it is not clear if this action should be stayed pending the appeal because the arguments do not suggest the entire case is "involved in

the appeal." Therefore, the parties are ordered to brief the issue of whether this court is required to enter a stay of this action until the appeal on the motion to compel arbitration is decided.

## Conclusion

IT IS THEREFORE ORDERED that the parties must submit simultaneous briefing on the question of whether this court must enter a stay of its proceedings pending Padda Law's appeal of the motion to compel arbitration. The parties must limit the length of their briefs to ten pages each. The parties may file their briefings simultaneously and briefs are due on or before February 13, 2025.

Dated: January 30, 2025

_____
Cristina D. Silva
United States District Judge