OLIVER J. PANCHERI, ESQ. (NBN 7476)
ANTHONY A. TORROLL, ESQ. (NBN 16640)
**SPENCER FANE LLP**
300 S. Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Tel.: (702) 408-3400 / Fax: (702) 408-3401
Email: opancheri@spencerfane.com
       atorroll@spencerfane.com

PAUL S. PADDA, ESQ. (NBN 10417)
ROBERT J. KERN, ESQ. (NBN 10104)
**PAUL PADDA LAW, PLLC**
4560 South Decatur Blvd., Suite 300
Las Vegas, Nevada 89103
Tel.: (702) 366-1888
Email: psp@paulpaddalaw.com
       rkern@paulpaddalaw.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| SKY LAW GROUP,<br><br>　　　　　Plaintiff<br><br>vs.<br><br>PAUL PADDA LAW, PLLC, a Nevada Professional Limited Liability Company; and DARSHPAUL S. PADDA, ESQ., an individual,<br><br>　　　　　Defendants | Case No.: 2:23-cv-01793-CDS-MDC<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANTS' DEADLINE TO RESPOND TO PLAINTIFF SKY LAW'S MOTION FOR SANCTIONS**<br><br>**(FIRST REQUEST)**<br><br>[ECF No. 102] |

　　　　Pursuant to Local Rule IA 6-1, Defendants PAUL PADDA LAW, PLLC and DARSHPAUL S. PADDA, by and through their counsel of record (collectively, "***Defendants***"), and Plaintiff SKY LAW GROUP ("***Sky Law***" or "***Plaintiff***"), by and through its counsel of record (collectively, the "***Parties***"), hereby stipulate and request that the Court extend the deadline for Defendants' response to Plaintiff Sky Law's Motion for Sanctions (ECF No. 93) by ten (10) days,

*i.e.*, until February 24, 2025. Plaintiff's Motion for Sanctions was filed on January 31, 2025. Defendants' response is currently due February 14, 2025.

Good cause exists for the extension requested herein. Without waiving any rights, the Parties are actively working to try to resolve the dispute providing the basis for Plaintiff's Motion. Thus, in order to conserve client resources and promote judicial economy, good cause exists to extend Defendants' deadline to respond to the Motion. This is the first extension request to respond to Plaintiff's Motion and is not made for any improper purposes, such as delay.

**IT IS SO STIPULATED.**

DATED this 14th day of February, 2025.

**BAILEY KENNEDY**

*/s/ Joshua P. Gilmore*
DENNIS L. KENNEDY, ESQ.
Nevada Bar No. 1462
JOSHUA P. GILMORE, ESQ.
Nevada Bar No. 11576
TAYLER D. BINGHAM, ESQ.
Nevada Bar No. 15870
8984 Spanish Ridge Avenue
Las Vegas, NV 89148
Tel.: (702) 562-8820 / Fax: (702) 562-8821
Email: dkennedy@baileykennedy.com
jgilmore@baileykennedy.com
tbingham@baileykennedy.com

*Attorneys for Plaintiff*

DATED this 14th day of February, 2025.

**SPENCER FANE LLP**

*/s/ Oliver J. Pancheri*
OLIVER J. PANCHERI, ESQ.
Nevada Bar No. 7476
ANTHONY A. TORROLL, ESQ.
Nevada Bar No. 16640
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Tel.: (702) 408-3400 / Fax: (702) 408-3401
Email: opancheri@spencerfane.com
atorroll@spencerfane.com

PAUL S. PADDA, ESQ.
Nevada Bar No. 10417
ROBERT J. KERN, ESQ.
Nevada Bar No. 10104
**PAUL PADDA LAW, PLLC**
4560 South Decatur Blvd., Suite 300
Las Vegas, Nevada 89103
Tel.: (702) 366-1888
Email: psp@paulpaddalaw.com
rkern@paulpaddalaw.com

*Attorneys for Defendants*

## ORDER

Based on the parties' stipulation, the deadline for defendants to respond to Sky Law Group's motion for sanctions is extended to February 24, 2025.

Dated: February 18, 2025

_____
U.S. DISTRICT JUDGE

2