DENNIS L. KENNEDY
Nevada Bar No. 1462
JOSHUA P. GILMORE
Nevada Bar No. 11576
TAYLER D. BINGHAM
Nevada Bar No. 15870
**BAILEY✧KENNEDY**
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
Telephone: 702.562.8820
Facsimile: 702.562.8821
DKennedy@BaileyKennedy.com
JGilmore@BaileyKennedy.com
TBingham@BaileyKennedy.com

*Attorneys for Plaintiff/Counterdefendant*
Sky Law Group

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| SKY LAW GROUP, a California Professional Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PAUL PADDA LAW, PLLC, a Nevada Professional Limited Liability Company; and DARSHPAUL S. PADDA, ESQ., an individual,<br><br>Defendants.<br>_____<br>AND RELATED CLAIMS. | Case No. 2:23-cv-01793-CDS-MDC<br><br>**STIPULATION AND ORDER EXTENDING DEADLINES IN SCHEDULING ORDER PENDING RESOLUTION OF JURISDICTIONAL ISSUE**<br><br>**(SECOND REQUEST)** |

Plaintiff Sky Law Group ("Sky Law") and Defendants Paul Padda Law, PLLC ("Padda Law") and Darshpaul S. Padda, Esq. ("Mr. Padda" and together, the "Padda Defendants"), by and through their respective counsel, stipulate and agree as follows:

1. On July 5, 2024, the Padda Defendants filed a Motion to Compel Arbitration Regarding Plaintiff's Counsel's Conflict of Interest and Stay of Proceedings [ECF No. 33].

2. On August 20, 2024, Magistrate Judge Couvillier issued a Report and Recommendation Denying Motion to Compel Arbitration (ECF No. 33) and Motion to Stay Discovery (ECF No. 37) [ECF No. 47].

3. On August 20, 2024, the Padda Defendants filed a Motion for Judgment on the Pleadings with Respect to Plaintiff's Conversion Claim [ECF No. 52].

4. On September 3, 2024, the Padda Defendants filed an Objection to the United States Magistrate Judge's Report and Recommendation [ECF No. 54].

5. On December 20, 2024, this Court issued an Order Overruling Objection and Adopting the Report and Recommendation of the United States Magistrate Judge [ECF No. 81].

6. On December 20, 2024, the Padda Defendants filed a Motion to Extend Discovery. [ECF No. 80]. The Motion to Extend Discovery was denied without prejudice for failure to comply with the Court's Standing Order (ECF No. 46). [ECF No. 86]. The Court indicated the "parties may submit the requisite Stipulation Re: Discovery Dispute set forth in the Standing Order should the dispute remain unresolved after the parties' meet and confer to comply with the Standing Order." *Id.*

7. On December 20, 2024, the discovery deadline passed [ECF No. 70], although this Court permitted certain depositions to proceed outside the close of discovery [ECF No. 79].

8. On January 29, 2025, the Padda Defendants filed a Notice of Appeal with respect to ECF Nos. 47 & 81 [ECF No. 91].

9. On January 30, 2025, this Court issued an Order Directing Parties to File Supplemental Briefing (the "Supplemental Briefing Order") to address the question as to whether this Court had continuing jurisdiction over certain aspects of this case [ECF No. 92].

10. The following deadlines are in place under the existing scheduling order:
   a. Deadline to file dispositive motions: February 18, 2025;
   b. Deadline to file the Joint Pretrial Order: March 21, 2025 (or 60 days after entry of order resolving all dispositive motions);
   c. Deadline to serve FRCP 26(a)(3) disclosures: 30 days after entry of order resolving dispositive motions, with objections served 15 days later.

11. Given that the jurisdictional question posed in the Supplemental Briefing Order may not be decided before the dispositive motions deadline, the parties stipulate and agree that the remaining deadlines from the Scheduling Order [ECF Nos. 19, 70] be extended until 30 days after entry of an order:

      a. Certifying that this Court has retained jurisdiction to resolve the merits-based issues in this action; or

      b. Lifting any stay that may be put in place while the Padda Defendants' appeal remains pending.

12. This is the second request to extend the deadlines set forth in the Scheduling Order [ECF Nos. 19, 70].

13. This Stipulation is entered into in good faith and not for purposes of delay.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED this 12th day of February, 2025.

BAILEY❖KENNEDY

By: */s/ Joshua P. Gilmore*
   DENNIS L. KENNEDY
   JOSHUA P. GILMORE
   TAYLER D. BINGHAM

*Attorneys for Plaintiff/Counterdefendant*
SKY LAW GROUP

DATED this 12th day of February, 2025.

SPENCER FANE

By: */s/ Oliver J. Pancheri*
   OLIVER J. PANCHERI
   ANTHONY A. TORROLL

AND

   PAUL S. PADDA
   ROBERT J. KERN
   PAUL PADDA LAW, PLLC

*Attorneys for Defendants and Counterclaimant*
PAUL PADDA LAW, PLLC and
DARSHPAUL S. PADDA, ESQ.

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 2-21-25