OLIVER J. PANCHERI, ESQ. (NBN 7476)
ANTHONY A. TORROLL, ESQ. (NBN 16640)
**SPENCER FANE LLP**
300 S. Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Tel.: (702) 408-3400 / Fax: (702) 408-3401
Email: opancheri@spencerfane.com
          atorroll@spencerfane.com

PAUL S. PADDA, ESQ. (NBN 10417)
ROBERT J. KERN, ESQ. (NBN 10104)
**PAUL PADDA LAW, PLLC**
4560 South Decatur Blvd., Suite 300
Las Vegas, Nevada 89103
Tel.: (702) 366-1888
Email: psp@paulpaddalaw.com
          rkern@paulpaddalaw.com

*Attorneys for Defendants*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| SKY LAW GROUP, a California Professional Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PAUL PADDA LAW, PLLC, a Nevada Professional Limited Liability Company; and DARSHPAUL S. PADDA, ESQ., an individual,<br><br>Defendants. | Case No.: 2:23-cv-01793-CDS-MDC<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANTS' DEADLINE TO RESPOND TO PLAINTIFF SKY LAW'S MOTION FOR SANCTIONS**<br><br>**(SECOND REQUEST)** |

Pursuant to Local Rule IA 6-1, Defendants PAUL PADDA LAW, PLLC and DARSHPAUL S. PADDA, by and through their counsel of record (collectively, "***Defendants***"), and Plaintiff SKY LAW GROUP ("***Sky Law***" or "***Plaintiff***"), by and through its counsel of record (collectively, the "***Parties***"), hereby stipulate and request that the Court extend the deadline for

1  Defendants' response to Plaintiff Sky Law's Motion for Sanctions (ECF No. 93) by an additional
2  seven (7) days, *i.e.*, until March 3, 2025.
3      Plaintiff's Motion for Sanctions was filed on January 31, 2025.  On February 18, 2025, the
4  Court entered the Stipulation and Order to Extend Defendants' Deadline to Respond to Plaintiff
5  Sky Law's Motion for Sanctions (First Request), extending Defendants' February 14, 2025
6  deadline by ten (10) days.  (ECF No. 103).  Defendants' response is currently due February 24,
7  2025.
8      Good cause exists for the extension requested herein.  Without waiving any rights, the
9  Parties are continuing to actively work to try to resolve the dispute providing the basis for
10 Plaintiff's Motion.  As part of that process, the parties recently submitted a stipulated protective
11 order to facilitate a potential resolution of the dispute.  Thus, in order to conserve client resources
12 and promote judicial economy, good cause exists to extend Defendants' deadline to respond to the
13 Motion.  This is the second extension request to respond to Plaintiff's Motion and is not made for
14 any improper purposes, such as delay.

**IT IS SO STIPULATED.**

| DATED this 24th day of February, 2025. | DATED this 24th day of February, 2025. |
|---|---|
| **BAILEY KENNEDY** | **SPENCER FANE LLP** |
| */s/ Joshua P. Gilmore* | */s/ Oliver J. Pancheri* |
| DENNIS L. KENNEDY, ESQ. | OLIVER J. PANCHERI, ESQ. (NBN 7476) |
| Nevada Bar No. 1462 | ANTHONY A. TORROLL, ESQ. (NBN 16640) |
| JOSHUA P. GILMORE, ESQ. | 300 South Fourth Street, Suite 1600 |
| Nevada Bar No. 11576 | Las Vegas, Nevada 89101 |
| TAYLER D. BINGHAM, ESQ. | Tel.: (702) 408-3400 / Fax: (702) 408-3401 |
| Nevada Bar No. 15870 | Email: opancheri@spencerfane.com |
| 8984 Spanish Ridge Avenue |            atorroll@spencerfane.com |
| Las Vegas, NV 89148 | |
| Tel.: (702) 562-8820 / Fax: (702) 562-8821 | PAUL S. PADDA, ESQ. (NBN 10417) |
| Email: dkennedy@baileykennedy.com | ROBERT J. KERN, ESQ. (NBN 10104) |
|            jgilmore@baileykennedy.com | **PAUL PADDA LAW, PLLC** |
|            tbingham@baileykennedy.com | 4560 South Decatur Blvd., Suite 300 |
| | Las Vegas, Nevada 89103 |
| *Attorneys for Plaintiff* | Tel.: (702) 366-1888 |
| | Email: psp@paulpaddalaw.com |
| |            rkern@paulpaddalaw.com |
| | *Attorneys for Defendants* |

**ORDER**

Based on the parties' stipulation, the deadline for Defendants to respond to Plaintiff Sky Law Group's Motion for Sanctions is extended by seven days, from February 24, 2025 to March 3, 2025.

**IT IS SO ORDERED.**

DATED: 2-26-25

_____
U.S. MAGISTRATE JUDGE

3

LV 6830753.1