DENNIS L. KENNEDY
Nevada Bar No. 1462
JOSHUA P. GILMORE
Nevada Bar No. 11576
TAYLER D. BINGHAM
Nevada Bar No. 15870
**BAILEY❖KENNEDY**
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
Telephone:  702.562.8820
Facsimile:  702.562.8821
DKennedy@BaileyKennedy.com
JGilmore@BaileyKennedy.com
TBingham@BaileyKennedy.com

*Attorneys for Plaintiff/Counterdefendant*
Sky Law Group

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| SKY LAW GROUP, a California Professional Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PAUL PADDA LAW, PLLC, a Nevada Professional Limited Liability Company; and DARSHPAUL S. PADDA, ESQ., an individual,<br><br>Defendants.<br>_____<br>AND RELATED CLAIMS. | Case No.  2:23-cv-01793-CDS-MDC<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE FOR PLAINTIFF TO FILE A REPLY IN SUPPORT OF ITS MOTION FOR SANCTIONS [ECF NO. 93]**<br><br>**(FIRST REQUEST)** |

Plaintiff Sky Law Group ("Sky Law") and Defendants Paul Padda Law, PLLC ("Padda Law") and Darshpaul S. Padda, Esq. ("Mr. Padda" and together, the "Padda Defendants"), by and through their respective counsel, stipulate and agree as follows:

1. On January 31, 2025, Sky Law filed its Motion for Sanctions [ECF No. 93] (the "Motion").

2. On February 18, 2025, the Court entered a Stipulation and Order to Extend the Padda Defendants' Deadline to Respond to Sky Law's Motion for Sanctions (First Request) [ECF No. 103] to February 24, 2025.

3. On February 26, 2025, the Court entered a Stipulation and Order to Extend the Padda Defendants' Deadline to Respond to Sky Law's Motion for Sanctions (Second Request) [ECF No. 108] to March 3, 2025.

4. On March 3, 2025, the Padda Defendants filed their Response to the Motion [ECF No. 111].

5. Sky Law's Reply in Support of its Motion (the "Reply") is currently due March 10, 2025. In the meantime, with this Court's entry of the Amended Stipulated Protective Order [ECF No. 112], Sky Law's counsel is awaiting copies of the Padda Defendants' trust and operating account statements, which are the subject of Sky Law's Motion.

6. So that Sky Law's counsel may receive and review the trust and operating account statements, the deadline for Sky Law to file its Reply shall be extended until March 17, 2025.

7. This Stipulation is entered into in good faith and not for purposes of delay.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED this 10th day of March, 2025.

BAILEY❖KENNEDY

By: */s/ Joshua P. Gilmore*
    DENNIS L. KENNEDY
    JOSHUA P. GILMORE
    TAYLER D. BINGHAM

*Attorneys for Plaintiff/Counterdefendant*
SKY LAW GROUP

DATED this 10th day of March, 2025.

SPENCER FANE LLP

By: */s/ Anthony A. Torroll*
    OLIVER J. PANCHERI
    ANTHONY A. TORROLL

AND

PAUL PADDA LAW, PLLC
PAUL S. PADDA
ROBERT J. KERN

*Attorneys for Defendants and Counterclaimant*
PAUL PADDA LAW, PLLC and
DARSHPAUL S. PADDA, ESQ.

**IT IS SO ORDERED.** Sky Law shall have until March 17, 2025 to file a Reply to its Motion for Sanctions.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 3-12-25