DENNIS L. KENNEDY
Nevada Bar No. 1462
JOSHUA P. GILMORE
Nevada Bar No. 11576
TAYLER D. BINGHAM
Nevada Bar No. 15870
**BAILEY❖KENNEDY**
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
Telephone:  702.562.8820
Facsimile:  702.562.8821
DKennedy@BaileyKennedy.com
JGilmore@BaileyKennedy.com
TBingham@BaileyKennedy.com

*Attorneys for Plaintiff/Counterdefendant*
Sky Law Group

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| SKY LAW GROUP, a California Professional Corporation,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>PAUL PADDA LAW, PLLC, a Nevada Professional Limited Liability Company; and DARSHPAUL S. PADDA, ESQ., an individual,<br><br>　　　　　　　　　Defendants.<br>_____<br>AND RELATED CLAIMS. | Case No.  2:23-cv-01793-CDS-MDC<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DISPOSITIVE MOTIONS**<br><br>**(THIRD REQUEST)** |

　　　　Plaintiff Sky Law Group ("Sky Law") and Defendants Paul Padda Law, PLLC ("Padda Law") and Darshpaul S. Padda, Esq. ("Mr. Padda" and together with Padda Law, the "Padda Defendants"), by and through their respective counsel, stipulate and agree as follows:

　　　　1.　　On January 31, 2024, the Court entered its initial Scheduling Order [ECF No. 19] setting various deadlines, including the deadline to file dispositive motions.

　　　　2.　　On October 8, 2024, the Court entered an Order [ECF No. 70] extending certain deadlines, including the deadline to file dispositive motions, in part so that certain discovery could be completed following the Padda Defendants' retention of new counsel.

3.     On February 21, 2025, the Court entered an Order [ECF No. 104] extending the deadlines to file dispositive motions and the Joint Pretrial Order, and to serve Fed. R. Civ. P. 26(a)(3) disclosures and associated objections, pending a ruling by the Court as to its continuing jurisdiction over certain aspects of this action due to an appeal filed by the Padda Defendants.

4.     On February 25, 2025, the Court entered an Order [ECF No. 107] determining that it "can retain jurisdiction over this action pending the appeal."

5.     Based on the Court's February 21, 2025 and February 25, 2025 Orders, the parties have until March 27, 2025 to file dispositive motions.

6.     Following motion practice and meet and confers, on March 14, 2025, Padda Law produced documents to Sky Law responsive to prior discovery requests served by Sky Law that were addressed by the Court during a December 11, 2024 hearing in this action.

7.     Good cause exists to extend the deadline to file dispositive motions until April 18, 2025; specifically: the additional time will permit the parties to review and evaluate the recently produced documents.  Further, the extension accommodates existing time-sensitive work commitments for each side's counsel, including depositions, expert reports, and motion practice in different cases, and serves as a matter of professional courtesy for the parties.

8.     All other deadlines set by the Court through its February 21, 2025 and February 25, 2025 Orders remain in effect.

9.     This is the third request to extend the deadline to file dispositive motions.

/ / /

/ / /

/ / /

10. This Stipulation is entered into in good faith and not for purposes of delay.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

| | |
|---|---|
| DATED this 26th day of March, 2025. | DATED this 26th day of March, 2025. |
| BAILEY✣KENNEDY | SPENCER FANE LLP |
| By: */s/ Joshua P. Gilmore* <br> DENNIS L. KENNEDY <br> JOSHUA P. GILMORE <br> TAYLER D. BINGHAM | By: */s/ Oliver J. Pancheri* <br> OLIVER J. PANCHERI <br> ANTHONY A. TORROLL |
| *Attorneys for Plaintiff/Counterdefendant* <br> SKY LAW GROUP | AND <br><br> PAUL PADDA LAW, PLLC <br> PAUL S. PADDA <br> ROBERT J. KERN <br><br> *Attorneys for Defendants and Counterclaimant* <br> PAUL PADDA LAW, PLLC and <br> DARSHPAUL S. PADDA, ESQ. |

**IT IS SO ORDERED.** The parties have until April 18, 2025 to file dispositive motions.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 3-28-25