Dennis L. Kennedy
Nevada Bar No. 1462
Joshua P. Gilmore
Nevada Bar No. 11576
Tayler D. Bingham
Nevada Bar No. 15870
**BAILEY❖KENNEDY**
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
Telephone:  702.562.8820
Facsimile:  702.562.8821
DKennedy@BaileyKennedy.com
JGilmore@BaileyKennedy.com
TBingham@BaileyKennedy.com

*Attorneys for Plaintiff/Counterdefendant*
*Sky Law Group*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| SKY LAW GROUP, a California Professional Corporation,<br><br>Plaintiff<br><br>v.<br><br>PAUL PADDA LAW, PLLC, a Nevada Professional Limited Liability Company; and DARSHPAUL S. PADDA, ESQ., an individual,<br><br>Defendants<br><br>AND RELATED CLAIMS | Case No.  2:23-cv-01793-CDS-MDC<br><br>**Stipulation and Order Extending Deadlines to File Oppositions to Motions for Summary Judgment [ECF Nos. 122 and 129]**<br><br>(First Request)<br><br>[ECF No. 130] |

Plaintiff Sky Law Group ("Sky Law") and Defendants Paul Padda Law, PLLC ("Padda Law") and Darshpaul S. Padda, Esq. ("Mr. Padda" and together, the "Padda Defendants"), by and through their respective counsel, stipulate and agree as follows:

1. On April 18, 2025, Sky Law filed its Motion for Summary Judgment [ECF No. 122] and, also on April 18, 2025, the Padda Defendants filed their Motion for Summary Judgment [ECF No. 129] (collectively the "Summary Judgment Motions").

2. Presently, Responses to the Summary Judgment Motions are due May 9, 2025.

3.   Due to work-related scheduling conflicts for each Party's counsel, including extensive motion practice along with written and expert discovery in other cases, as a matter of professional courtesy, and so that each side has full and fair opportunity to address the different arguments presented in the Summary Judgment Motions, the deadline for Responses to the Summary Judgment Motions should be extended by 14 days, to May 23, 2025.

4.   This is the first request to extend the deadline to file Responses to the Summary Judgment Motions.

5.   This Stipulation is entered into in good faith and not for purposes of delay.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED this 1st day of May, 2025.

BAILEY ❖ KENNEDY

By: /s/ Joshua P. Gilmore
   DENNIS L. KENNEDY
   JOSHUA P. GILMORE
   TAYLER D. BINGHAM

*Attorneys for Plaintiff/Counterdefendant*
SKY LAW GROUP

DATED this 1st day of May, 2025.

SPENCER FANE LLP

By: /s/ Anthony A. Torroll
   OLIVER J. PANCHERI
   ANTHONY A. TORROLL

AND

KUNG & BROWN
A.J. KUNG

AND

PAUL PADDA LAW, PLLC
PAUL S. PADDA
ROBERT J. KERN

*Attorneys for Defendants and Counterclaimant*
PAUL PADDA LAW, PLLC and
DARSHPAUL S. PADDA, ESQ.

Based on the parties' stipulation, it is ordered that the parties have until May 23, 2025 to file their respective responses to Sky Law's motion for summary judgment (ECF No. 122) and the Padda Defendants' motion for summary judgment (ECF No. 129).

_____
UNITED STATES DISTRICT JUDGE

DATED: May 5, 2025