OLIVER J. PANCHERI, ESQ. (NBN 7476)
ANTHONY A. TORROLL, ESQ. (NBN 16640)
**SPENCER FANE LLP**
300 S. Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Tel.: (702) 408-3400 / Fax: (702) 408-3401
Email: opancheri@spencerfane.com
　　　　atorroll@spencerfane.com

PAUL S. PADDA, ESQ. (NBN 10417)
ROBERT J. KERN, ESQ. (NBN 10104)
**PAUL PADDA LAW, PLLC**
4560 South Decatur Blvd., Suite 300
Las Vegas, Nevada 89103
Tel.: (702) 366-1888
Email: psp@paulpaddalaw.com
　　　　rkern@paulpaddalaw.com

A.J. KUNG, ESQ. (NBN 7052)
**KUNG & BROWN**
1020 Garces Avenue
Las Vegas, Nevada 89101
Tele: (702) 382-0883 / Fax: (702) 382-2720
Email : ajkung@ajkunglaw.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| SKY LAW GROUP, a California Professional Corporation,<br><br>　　　　　　　　Plaintiff<br><br>vs.<br><br>PAUL PADDA LAW, PLLC, a Nevada Professional Limited Liability Company; and DARSHPAUL S. PADDA, ESQ., an individual,<br><br>　　　　　　　　Defendants | Case No.: 2:23-cv-01793-CDS-MDC<br><br>**STIPULATION AND ORDER EXTENDING BRIEFING SCHEDULE FOR SUMMARY JUDGMENT MOTIONS**<br><br>**(SECOND REQUEST)**<br><br>[ECF No. 133] |

Defendants PAUL PADDA LAW, PLLC and DARSHPAUL S. PADDA, ESQ. (together, "***Defendants***"), and Plaintiff SKY LAW GROUP ("*Plaintiff*"), by and through their respective counsel, hereby stipulate and agree as follows:

1. On April 18, 2025, Plaintiff filed its Motion for Summary Judgment [ECF No. 122] and, also on April 18, 2025, Defendants filed their Motion for Summary Judgment [ECF No. 129] (collectively, the "***Summary Judgment Motions***").

2. On May 5, 2025, the Court entered an Order extending the Parties' deadlines to file Responses to the Summary Judgment Motions [ECF No. 132], making them due on May 23, 2025.

3. Due to scheduling conflicts for the Parties' respective counsel, including written discovery, motion practice, and expert reports in other cases, and trial preparation in other cases; existing travel schedules; as a matter of professional courtesy; and so that each side has a full and fair opportunity to address the different issues raised in the Summary Judgment Motions, the deadline for Responses to the Summary Judgment Motions should be extended by seven days to May 30, 2025, and the deadline for Replies in Support of the Summary Judgment Motions should be extended by 14 days to June 27, 2025.[1]

4. This is the second request to extend the deadline to file Responses to the Summary Judgment Motions and the first request to extend the deadline to file Replies.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

---

[1] Pursuant to LR 7-2(b), the Parties would otherwise have until June 13, 2025 to file the Replies.

5. This Stipulation is entered into in good faith and not for the purposes of delay

DATED this 21st day of May 2025.

| DATED this 21st day of May 2025. | DATED this 21st day of May 2025. |
|---|---|
| **BAILEY KENNEDY** | **SPENCER FANE LLP** |
| */s/ Joshua P. Gilmore* | */s/ Anthony A. Torroll* |
| DENNIS L. KENNEDY, ESQ.<br>Nevada Bar No. 1462<br>JOSHUA P. GILMORE, ESQ.<br>Nevada Bar No. 11576<br>TAYLER D. BINGHAM, ESQ.<br>Nevada Bar No. 15870<br>8984 Spanish Ridge Avenue<br>Las Vegas, NV 89148<br>Tel.: (702) 562-8820 / Fax: (702) 562-8821<br>Email: dkennedy@baileykennedy.com<br>    jgilmore@baileykennedy.com<br>    tbingham@baileykennedy.com<br><br>*Attorneys for Plaintiff* | OLIVER J. PANCHERI, ESQ. (NBN 7476)<br>ANTHONY A. TORROLL, ESQ. (NBN 16640)<br>300 South Fourth Street, Suite 1600<br>Las Vegas, Nevada 89101<br>Tel.: (702) 408-3400 / Fax: (702) 408-3401<br>Email: opancheri@spencerfane.com<br>    atorroll@spencerfane.com<br><br>PAUL S. PADDA, ESQ. (NBN 10417)<br>ROBERT J. KERN, ESQ. (NBN 10104)<br>**PAUL PADDA LAW, PLLC**<br>4560 South Decatur Blvd., Suite 300<br>Las Vegas, Nevada 89103<br>Tel.: (702) 366-1888<br>Email: psp@paulpaddalaw.com<br>    rkern@paulpaddalaw.com<br><br>A.J. KUNG, ESQ. (NBN 7052)<br>**KUNG & BROWN**<br>1020 Garces Avenue<br>Las Vegas, Nevada 89101<br>Tele: (702) 382-0883 / Fax: (702) 382-2720<br>Email: ajkung@ajkunglaw.com<br><br>*Attorneys for Defendants* |

## **ORDER**

Based on the parties' stipulation, it is ordered that the parties have until May 30, 2025 to file their respective Responses to Sky Law's motion for summary judgment (ECF No. 122) and the Padda Defendants' motion for summary judgment (ECF No. 129) and until June 27, 2025 to file their respective Replies.

Dated: May 22, 2025

_____
U.S. DISTRICT JUDGE

3

LV 6887110.3