OLIVER J. PANCHERI, ESQ. (NBN 7476)
ANTHONY A. TORROLL, ESQ. (NBN 16640)
**SPENCER FANE LLP**
300 S. Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Tel.: (702) 408-3400 / Fax: (702) 408-3401
Email: opancheri@spencerfane.com
       atorroll@spencerfane.com

PAUL S. PADDA, ESQ. (NBN 10417)
ROBERT J. KERN, ESQ. (NBN 10104)
**PAUL PADDA LAW, PLLC**
4560 South Decatur Blvd., Suite 300
Las Vegas, Nevada 89103
Tel.: (702) 366-1888
Email: psp@paulpaddalaw.com
       rkern@paulpaddalaw.com

A.J. KUNG, ESQ. (NBN 7052)
**KUNG & BROWN**
1020 Garces Avenue
Las Vegas, Nevada 89101
Tele: (702) 382-0883 / Fax: (702) 382-2720
Email: ajkung@ajkunglaw.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| SKY LAW GROUP, a California Professional Corporation,<br><br>Plaintiff<br><br>v.<br><br>PAUL PADDA LAW, PLLC, a Nevada Professional Limited Liability Company; and DARSHPAUL S. PADDA, ESQ., an individual,<br><br>Defendants | Case No.: 2:23-cv-01793-CDS-MDC<br><br>**STIPULATION AND ORDER EXTENDING DEADLINES TO FILE REPLIES IN SUPPORT OF SUMMARY JUDGMENT MOTIONS**<br><br>**(SECOND REQUEST)**<br><br>[ECF No. 138] |

Defendants PAUL PADDA LAW, PLLC and DARSHPAUL S. PADDA, ESQ. (together, "***Defendants***"), and Plaintiff SKY LAW GROUP ("***Plaintiff***"), by and through their respective counsel, hereby stipulate and agree as follows:

1. On April 18, 2025, Plaintiff filed its Motion for Summary judgment (ECF No. 122) and, also on April 18, 2025, Defendants filed their Motion for Summary Judgment (ECF No. 129) (collectively, the "***Summary Judgment Motions***").

2. On May 5, 2025, the Court entered an Order extending the Parties' deadlines to file Responses to the Summary Judgment Motions (ECF No. 132), making them due on May 23, 2025.

3. On May 22, 2025, the Court entered an Order extending the briefing schedule for Summary Judgment Motions (ECF No. 134), making Responses due on May 30, 2025 and Replies in Support due on June 27, 2025.

4. On May 30, 2025, Plaintiff filed its Response to Defendants' Motion for Summary Judgment (ECF No. 135), and Defendants filed their Response to Plaintiff's Motion for Summary Judgment (ECF No. 137).

5. Due to scheduling conflicts for the Parties' respective counsel, including written discovery, expert depositions, and motion practice; existing travel schedules; as a matter of professional courtesy; and so that each side has a full and fair opportunity to address the different issues raised in the Summary Judgment Motions and Responses thereto, the deadline to file Replies in Support of the Summary Judgment Motions should be extended by 14 days to July 11, 2025.

6. This is the second request to extend the deadline to file Replies in Support of the Summary Judgment Motions.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

7. This Stipulation is entered into in good faith and not for the purposes of delay.

DATED this 24th day of June 2025.

**BAILEY KENNEDY**

/s/ Joshua P. Gilmore
DENNIS L. KENNEDY, ESQ.
Nevada Bar No. 1462
JOSHUA P. GILMORE, ESQ.
Nevada Bar No. 11576
TAYLER D. BINGHAM, ESQ.
Nevada Bar No. 15870
8984 Spanish Ridge Avenue
Las Vegas, NV 89148
Tel.: (702) 562-8820 / Fax: (702) 562-8821
Email: dkennedy@baileykennedy.com
jgilmore@baileykennedy.com
tbingham@baileykennedy.com

*Attorneys for Plaintiff*

DATED this 24th day of June 2025.

**SPENCER FANE LLP**

/s/ Anthony A. Torroll
OLIVER J. PANCHERI, ESQ. (NBN 7476)
ANTHONY A. TORROLL, ESQ. (NBN 16640)
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Tel.: (702) 408-3400 / Fax: (702) 408-3401
Email: opancheri@spencerfane.com
atorroll@spencerfane.com

PAUL S. PADDA, ESQ. (NBN 10417)
ROBERT J. KERN, ESQ. (NBN 10104)
**PAUL PADDA LAW, PLLC**
4560 South Decatur Blvd., Suite 300
Las Vegas, Nevada 89103
Tel.: (702) 366-1888
Email: psp@paulpaddalaw.com
rkern@paulpaddalaw.com

A.J. KUNG, ESQ. (NBN 7052)
**KUNG & BROWN**
1020 Garces Avenue
Las Vegas, Nevada 89101
Tele: (702) 382-0883 / Fax: (702) 382-2720
Email: ajkung@ajkunglaw.com

*Attorneys for Defendants*

## ORDER

Based on the parties' stipulation, and good cause appearing, it is ordered that the parties have until July 11, 2025 to file their respective replies in support of Sky Law's motion for summary judgment (ECF No. 122) and defendants' motion for summary judgment (ECF No. 129).

Dated: June 26, 2025

_____
Cristina D. Silva
United States District Judge