AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Sky Law Group

                              JUDGMENT IN A CIVIL CASE
             Plaintiff,
   v.                              Case Number: 2:23-cv-01793-CDS-MDC

Paul Padda Law, PLLC et al

             Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

JUDGMENT entered in favor of Plaintiff, Sky Law, and against Defendants, Paul Padda Law, PLLC, Darshpaul S Padda, on Claims 1 (breach of contract) and 2 (conversion).

JUDGMENT entered in favor of Defendants, Paul Padda Law, PLLC, Darshpaul S Padda, and against Plaintiff, Sky Law, on Claim 3 (Unjust enrichment).

01/27/2026                                               DEBRA K. KEMPI
Date                                                       Clerk

                                                                      /s/ ALZ
                                                                      Deputy Clerk