OLIVER J. PANCHERI, ESQ. (NBN 7476)
ANTHONY A. TORROLL, ESQ. (NBN 16640)
**SPENCER FANE LLP**
300 S. 4th Street, Suite 1600
Las Vegas, Nevada 89101
Tel.: (702) 408-3400 / Fax: (702) 938-8648
Email: opancheri@spencerfane.com
         atorroll@spencerfane.com

PAUL S. PADDA, ESQ. (NBN 10417)
ROBERT J. KERN, ESQ. (NBN 10104)
**PAUL PADDA LAW, PLLC**
4560 South Decatur Blvd., Suite 300
Las Vegas, Nevada 89103
Tel.: (702) 366-1888
Email: psp@paulpaddalaw.com

A.J. KUNG, ESQ. (NBN 7052)
**KUNG & BROWN**
1020 Garces Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-0883
Email: ajkung@ajkunglaw.com

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| SKY LAW GROUP, a California Professional Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PAUL PADDA LAW, PLLC, a Nevada Professional Limited Liability Company; and DARSHPAUL S. PADDA, ESQ., an individual,<br><br>Defendants. | Case No.: 2:23-cv-01793-CDS-MDC<br><br>**SUBSTITUTION OF COUNSEL** |
| PAUL PADDA LAW, PLLC, a Nevada Professional Limited Liability Company,<br><br>Counter-Claimant,<br><br>vs.<br><br>SKY LAW GROUP, a California Professional Corporation,<br><br>Counter-Defendant. | |

Defendants PAUL PADDA LAW, PLLC and DARSHPAUL S. PADDA, ESQ., hereby substitute and appoint Stephen Larson, Esq., Dana M. Howard, Esq., and Brett Meyerhoff, Esq., of the law firm LARSON LLP, as their attorneys in the place and stead of Oliver J. Pancheri, Esq. and Anthony A. Torroll, Esq., of the law firm SPENCER FANE LLP.

Dated this 18th day of February, 2026.

*/s/ Paul Padda*
Paul Padda, on behalf of Defendants
PAUL PADDA LAW, PLLC and
DARSHPAUL S. PADDA, ESQ.

Oliver J. Pancheri, Esq. and Anthony A. Torroll, Esq., of the law firm SPENCER FANE LLP, hereby consent to the substitution of Stephen Larson, Esq., Dana M. Howard, Esq., and Brett Meyerhoff, Esq., of the law firm LARSON LLP, as attorneys of record for PAUL PADDA LAW, PLLC, a Nevada Professional Limited Liability Company; and DARSHPAUL S. PADDA, ESQ., an individual.

Dated this 18th day of February 2026.

*/s/ Oliver J. Pancheri*
OLIVER J. PANCHERI, ESQ.  (NBN 7476)
ANTHONY A. TORROLL, ESQ. (NBN 16640)
**SPENCER FANE LLP**
300 S. 4th Street, Suite 1600
Las Vegas, Nevada 89101
Tel.: (702) 408-3400 / Fax: (702) 938-8648
Email: opancheri@spencerfane.com
         atorroll@spencerfane.com

/ / /

/ / /

/ / /

Stephen Larson, Esq., Dana M. Howard, Esq., and Brett Meyerhoff, Esq., of the law firm LARSON LLP, hereby accept and consent to substitution as attorneys of record for PAUL PADDA LAW, PLLC, a Nevada Professional Limited Liability Company; and DARSHPAUL S. PADDA, ESQ., an individual. Stephen Larson, Esq., Dana M. Howard, Esq., and Brett Meyerhoff, Esq., of LARSON LLP, are not duly admitted to practice in this district and will comply with LR IA 11-2 within 14 days.

Dated this 18th day of February 2026.

> */s/ Stephen Larson*
> STEPHEN LARSON, ESQ. (will comply with LR IA 11-2 within 14 days)
> DANA M. HOWARD, ESQ. (will comply with LR IA 11-2 within 14 days)
> BRETT MEYERHOFF, ESQ. (will comply with LR IA 11-2 within 14 days)
> **LARSON LLP**
> 555 Flower Street, Suite 4400
> Los Angeles, CA 90071
> Tel.: (213) 436-4888 / Fax: (213) 623-2000
> Email: slarson@larsonllp.com
>         dhoward@larsonllp.com
>         bmeyerhoff@larsonllp.com

Please check one: <u>X</u>  RETAINED, or ___ APPOINTED BY THE COURT.

APPROVED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 3-10-26 _____