DENNIS L. KENNEDY
Nevada Bar No. 1462
JOSHUA P. GILMORE
Nevada Bar No. 11576
TAYLER D. BINGHAM
Nevada Bar No. 15870
**BAILEY❖KENNEDY**
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
Telephone: 702.562.8820
Facsimile: 702.562.8821
DKennedy@BaileyKennedy.com
JGilmore@BaileyKennedy.com
TBingham@BaileyKennedy.com

*Attorneys for Plaintiff/Counterdefendant*
Sky Law Group

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

SKY LAW GROUP, a California Professional Corporation,

Plaintiff

v.

PAUL PADDA LAW, PLLC, a Nevada Professional Limited Liability Company; and DARSHPAUL S. PADDA, ESQ., an individual,

Defendants

AND RELATED CLAIMS.

Case No. 2:23-cv-01793-CDS-MDC

**STIPULATION AND ORDER EXTENDING BRIEFING DEADLINES ON DEFENDANTS' MOTION FOR ENTRY OF FINAL JUDGMENT UNDER FRCP 54(B) [ECF NO. 165]**

**(FIRST REQUEST)**

[ECF No. 167]

Plaintiff Sky Law Group ("Sky Law") and Defendants Paul Padda Law, PLLC ("Padda Law") and Darshpaul S. Padda, Esq. ("Mr. Padda" and together with Padda Law, "Defendants"), by and through their respective counsel, stipulate and agree as follows:

1. On October 1, 2026, Defendants filed their Motion for Entry of Final Judgment Under FRCP 54(b) [ECF No. 165] (the "Motion").

2. Presently, Sky Law has until October 15, 2026, to respond to the Motion.

3. Due to existing work commitments, including, among other tasks, work for Sky Law's counsel associated with a jury trial in Nevada state court and appellate briefing in two unrelated matters pending before the Nevada Supreme Court, the deadline for Sky Law to file a Response to the Motion shall be extended an additional eight days, until October 23, 2026. Likewise, given anticipated work commitments later this month in other matters for Defendants' counsel, the deadline for Defendants to file a Reply to the Response to the Motion shall be extended an additional 14 days, from October 30, 2026, to November 13, 2026.

4. This is the first request to extend briefing deadlines on the Motion. The additional time ensures that each side has an adequate opportunity to address the issues raised by the Motion.

5. This Stipulation is entered in good faith and not for purposes of delay.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED this 13th day of October, 2026.

BAILEY❖KENNEDY

By: */s/ Joshua P. Gilmore*
DENNIS L. KENNEDY
JOSHUA P. GILMORE
TAYLER D. BINGHAM

*Attorneys for Plaintiff/Counterdefendant*
SKY LAW GROUP

DATED this 13th day of October, 2026.

LARSON LLP

By: */s/ Dana M. Howard*
STEPHEN G. LARSON (PRO HAC)
DANA M. HOWARD (PRO HAC)
BRETT M. MEYERHOFF (PRO HAC)

AND

PAUL PADDA LAW, PLLC
PAUL S. PADDA

*Attorneys for Defendants and Counterclaimant*
PAUL PADDA LAW, PLLC and
DARSHPAUL S. PADDA, ESQ.

**IT IS SO ORDERED.** Sky Law has until October 23, 2026, to file a response to the Motion for Entry of Final Judgment Under FRCP 54(b) [ECF No. 165], and the defendants have until November 13, 2026, to file a reply.

UNITED STATES DISTRICT JUDGE

DATED: October 13, 2026



BAILEY❖KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148-1302
702.562.8820